## United States District Court for the Northern District of Illinois

Case Number: **11C 50208**         Assigned/IssuedBy: _____

### FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $46.00   ☐ $5.00
                 ☐ IFP       ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Paid: _____           Fiscal Clerk: _____

### ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Third Party Summons
- ☐ Alias Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

1 Original and __1__ copies on __11-27-12__ as to __T. Carter__,
                              (Date)

to USMS

C:\wpwin80\docket\feeinfo.frm   01/01